**Opinion issued October 18, 2012.**



In The

# Court of Appeals

For The

# First District of Texas

_____

## NO. 01-12-00685-CV

_____

## IN RE LANE-VALENTE INDUSTRIES (NATIONAL), INC., Relator

---

**Original Proceeding on Petition for Writ of Mandamus**

---

### MEMORANDUM OPINION

By petition for writ of mandamus, relator, Lane-Valente Industries, challenges the trial court's June 21, 2012 order denying its motion to rescind and replace the trial court's April 27, 2012 order to enforce the parties' settlement agreement.[1]

---

[1] The underlying case is *Bovis Lend Lease, Inc. v. Lane-Valente Industries (National), Inc.*, Cause No. 2010-62701; In the 164th District Court of Harris County, The Honorable Alexandra Smoots-Hogan, presiding.

We **deny** the petition for writ of mandamus.


**PER CURIAM**


Panel consists of Justices Bland, Massengale and Brown.